Reversed and Remanded and Opinion filed May 18, 2006









Reversed and Remanded and Opinion filed May 18, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00320-CV

____________

 

ABITIBI-CONSOLIDATED CORPORATION,
Appellant

 

V.

 

WAREHOUSE ASSOCIATES, Appellee

 



 

On Appeal from the 157th District
Court

Harris County, Texas

Trial Court Cause No. 03-62341

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 6, 2006.

On May 11, 2006,  the parties filed a joint motion to
reverse the judgment and remand the cause to the trial court.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court.

PER CURIAM

Judgment rendered and Opinion
filed May 18, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost.